**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7143**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOSEPH CRUM, a/k/a Unique,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CR-94-
384-L, CA-97-2108-L)

———————

Submitted:  November 30, 2000        Decided:  December 12, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Crum, Appellant Pro Se.  Katharine Jacobs Armentrout, As-
sistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Crum seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Crum, Nos. CR-94-384-L; CA-97-2108-L (D. Md. Aug. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED